# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TODD HUVAL AND CHAD BOYER

NO. 2019 CW 0751

VERSUS

STATE OF LOUISIANA THROUGH THE DEPARTMENT
OF PUBLIC SAFETY AND CORRECTIONS, OFFICE
OF STATE POLICE; MASTER TROOPER HAL
HUTCHINSON, INDIVIDUALLY, AND IN HIS
OFFICIAL CAPACITY AS AN EMPLOYEE OF THE
OFFICE OF STATE POLICE; LIEUTENANT RHETT
TRAHAN, INDIVIDUALLY, AND IN HIS OFFICIAL
CAPACITY AS AN EMPLOYEE OF THE OFFICE OF
STATE POLICE; INVESTIGATOR BUZZY TRAHAN,
INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY
AS AN EMPLOYEE OF THE OFFICE OF STATE
POLICE; LIEUTENANT KEVIN DEVALL,
INDIVIDUALLY, AND IN HIS OFFICAL CAPACITY
AS AN EMPLOYEE OF THE OFFICE OF STATE
POLICE; INVESTIGATOR BART MORRIS,
INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY
AS AN EMPLOYEE OF THE OFFICE OF STATE
POLICE; INVESTIGATOR HAMPTON GUILLORY,
INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY
AS AN EMPLOYEE OF THE OFFICE OF STATE
POLICE; AND, LT. COLONEL STANLEY GRIFFIN,
INDIVIDUALLY, AND IN HIS OFFICIAL CAPACITY
AS A EMPLOYEE OF THE OFFICE OF STATE
POLICE

OCT 1 8 2019

---

In Re:   State of Louisiana through the Department of Public
         Safety and Corrections, Office of State Police; Master
         Trooper Hal Hutchinson; Lieutenant Rhett Trahan;
         Investigator Buzzy Trahan; Lieutenant Kevin Devall;
         Investigator Bart Morris; Investigator Hampton
         Guillory; and Lieutenant Colonel Stanley Griffin,
         applying for supervisory writs, 19th Judicial District
         Court, Parish of East Baton Rouge, No. 572,272.

---

**BEFORE:**   **McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
      FOR THE COURT